Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____  Chapter  11

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | PAL Distribution, Inc. |
| 2. | All other names debtor used in the last 8 years<br>Include any assumed names, trade names and *doing business as* names | DBA  DDI Distribution |
| 3. | Debtor's federal Employer Identification Number (EIN) | 27-2806056 |
| 4. | Debtor's address | **Principal place of business**<br><br>16875 HEACOCK ST<br>Moreno Valley, CA 92551<br>Number, Street, City, State & ZIP Code<br><br>Riverside<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    PAL Distribution Inc _____    Case number (if known) _____
         Name

7. **Describe debtor's business.**    A. *Check one*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*

   ☐ Tax exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one*

   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11  *Check all that apply:*

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor" must check the second sub box

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B)

   ☐ A plan is being filed with this petition

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   ■ No
   ☐ Yes

   If more than 2 cases, attach a separate list.

   District _____    When _____    Case number _____
   District _____    When _____    Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    ☐ No
    ■ Yes

    List all cases. If more than 1, attach a separate list

    Debtor    DDI Distribution of California LLC    Relationship    Affiliate

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

| Debtor | PAL Distribution, Inc. | | | Case number (*if known*) | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | District | Central District of California (Riverside) | When | 7/27/19 | Case number, if known | 6:19-bk-16545-MW |

Debtor  PAL Distribution, Inc.    Case number (if known) _____
        Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property?
_____
Number, Street, City, State & ZIP Code

Is the property insured?
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ■ 1-49
- ☐ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  PAL Distribution, Inc.                                Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   July 8, 2020
              MM / DD / YYYY

X  /s/ Peter Larios
Signature of authorized representative of debtor

Peter Larios
Printed name

Title  Chief Executive Officer

**18. Signature of attorney**

X  /s/ M. Jonathan Hayes                            Date  7/8/2020
Signature of attorney for debtor                          MM / DD / YYYY

M. Jonathan Hayes 90388
Printed name

RESNIK HAYES MORADI, LLP.
Firm name

17609 Ventura Blvd.
Ste 314
Encino, CA 91316
Number, Street, City, State & ZIP Code

Contact phone  (213) 572-0800      Email address  jhayes@rhmfirm.com

90388 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | PAL Distribution, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 24 HR Solutions Pallets, Inc. 13983 Slover Ave. Fontana, CA 92335 | | Services rendered | | | | $11,000.00 |
| Access Contol Security 2622 W. Lincoln Ave. STE. 107 Anaheim, CA 92801 | | Services rendered | | | | $120,000.00 |
| Crown Credit Company P.O. Box 640352 Cincinnati, OH 45264 | | Credit card | | | | $96,000.00 |
| DLB Pallets 4510 Rutile Street Riverside, CA 92509 | | Services rendered | | | | $13,707.00 |
| Edison P.O Box 300 Rosemead, CA 91772-0001 | | Utilities | | | | $12,000.00 |
| Fairway Staffing, Inc. c/o Ron Gruzen, Esq. Law Office of Ronald L Gruzen 14724 Ventura Boulevard, Suite 200 Sherman Oaks, CA 91403 | | Breach of oral guarantee, services rendered | Disputed | | | $262,061.48 |
| First Industrial Realty Trust P.O. BOX 31001 - 1927 Pasadena, CA 91110 | | Services rendered | | | | $488,000.00 |
| iSTAFFING PO Box 601959 Charlotte, NC 28260 | | Services rendered | | | | $192,000.00 |

Debtor  PAL Distribution, Inc.  
Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Kaiser Permanente  393 E. Walnut St.  Pasadena, CA 91188 | | Health care services rendered | | | | $11,000.00 |
| LSQ / Consolidation Staffing  315 E Robinson Street. Suite 200  Orlando, FL 32801 | | Services rendered | | | | $95,000.00 |
| One Ring Network  PO Box 1360  Athens, TX 75751 | | Services rendered | | | | $3,344.00 |
| PAYCHEX INC.  9 River Park Place E. Suite 210  Fresno, CA 93720 | | Services rendered | | | | $6,000.00 |
| Peco Pallets  2 Bridge Street, STE. 210  Irvington, NY 10533 | | Services rendered | | | | $12,000.00 |
| Peco Pallets, Inc.  c/o Gaba Law Corporation  23141 Verdugo Dr., No. 205  Laguna Hills, CA 92653 | | Claim for open book account | Disputed | | | $12,429.00 |
| PPP LOAN  9300 Flair Drive, 6th FL  El Monte, CA 91731 | | Loan | | | | $134,000.00 |
| SBA Loan  409 3rd Street, SW  Washington, DC 20416 | | Loan | | | | $150,000.00 |
| Simple Staffing Inc.  11620 Sterling Ave., Suite B  Riverside, CA 92503 | | Services rendered | | | | $180,000.00 |
| Verizon  PO BOX 408  Newark, NJ 07101 | | Utilities | | | | $3,000.00 |
| Waste Management  PO BOX 541065  Los Angeles, CA 90054 | | Services rendered | | | | $11,000.00 |
| West Coast Property Management, Inc  c/o Casas Riley Simonian LLP  55 North 3rd Street  Campbell, CA 95008 | | Lease Agreement | Disputed | | | $65,625.35 |

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
DDI Distribution of California LLC; 6:19-bk-16545-MW; pending adversary proceeding case#6:20-ap-01118-MW    (Affiliate)

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)
None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____, California.

Date:    7/8/2020

Peter Larios
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018        Page 1        F 1015-2.1.STMT.RELATED.CASES

UNANIMOUS WRITTEN CONSENT OF

THE BOARD OF DIRECTORS

OF PAL DISTRIBUTION, Inc.

DATED: JULY 8, 2020

Pursuant to §307(b) of the California Corporations Code and the by-laws of the corporation, the undersigned, being all of the members of the board of directors, and in lieu of a meeting, hereby unanimously adopt the following recitals and resolutions:

WHEREAS, the directors of the corporation have determined that the corporation needs to take advantage of the benefits of Chapter 11 of the Bankruptcy Code to reorganize the debt structure of the corporation; and,

THEREFORE IT IS RESOLVED, that the corporation is authorized to file a Voluntary Petition under Chapter 11 of the Bankruptcy Code and attempt to reorganize thereunder; and,

IT IS FURTHER RESOLVED, that, PETER LARIOS, President, is hereby authorized and instructed to take whatever actions he deems appropriate to file the Chapter 11 petition and see the case to complete reorganization.

_____
Peter Larios

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| M. Jonathan Hayes 90388<br>17609 Ventura Blvd.<br>Ste 314<br>Encino, CA 91316<br>(213) 572-0800 Fax: (213) 572-0860<br>California State Bar Number: 90388 CA<br>jhayes@rhmfirm.com | |

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re:

PAL Distribution, Inc.

CASE NO.:
CHAPTER: 11

Debtor(s).

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __5__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 7/8/2020

Signature of Debtor 1

Date: _____

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _____

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    F 1007-1.MAILING.LIST.VERIFICATION

PAL Distribution, Inc.
16875 HEACOCK ST
Moreno Valley, CA 92551


M. Jonathan Hayes
RESNIK HAYES MORADI, LLP.
17609 Ventura Blvd.
Ste 314
Encino, CA 91316


24 HR Solutions Pallets, Inc.
13983 Slover Ave.
Fontana, CA 92335


Access Contol Security
2622 W. Lincoln Ave. STE. 107
Anaheim, CA 92801


Anthem Blue Cross
P.O. BOX 9062
Oxnard, CA 93031


Automatiq, Inc.


Bayview Financial Trading
PO BOX 740410
Cincinnati, OH 45274


Capital One
P.O. Box 26074
Richmond, VA 23261

```
Crown Credit Company
P.O. Box 640352
Cincinnati, OH 45264


DDI Distribution of California, LLC


DLB Pallets
4510 Rutile Street
Riverside, CA 92509


Edison
P.O Box 300
Rosemead, CA 91772-0001


EMWD
PO BOX 845484
Los Angeles, CA 90084


Fairway Staffing, Inc.
c/o Ron Gruzen, Esq.
Law Office of Ronald L Gruzen
14724 Ventura Boulevard, Suite 200
Sherman Oaks, CA 91403


First Industrial Realty Trust
P.O. BOX 31001 - 1927
Pasadena, CA 91110


Health Net
PO Box 9103
Van Nuys, CA 91409
```

iSTAFFING  
PO Box 601959  
Charlotte, NC 28260

Kaiser Permanente  
393 E. Walnut St.  
Pasadena, CA 91188

Linda Bui, Chapter 7 Trustee  
c/o SHULMAN BASTIAN FRIEDMAN & BUI  
100 Spectrum Center Drive, Suite 60  
Irvine, CA 92618

LSQ / Consolidation Staffing  
315 E Robinson Street. Suite 200  
Orlando, FL 32801

One Ring Network  
PO Box 1360  
Athens, TX 75751

PAYCHEX  INC.  
9 River Park Place  E. Suite 210  
Fresno, CA 93720

Peco Pallets  
2 Bridge Street, STE. 210  
Irvington, NY 10533

Peco Pallets, Inc.  
c/o Gaba Law Corporation  
23141 Verdugo Dr., No. 205  
Laguna Hills, CA 92653

Peter Larios
Heacock Street
Moreno Valley, CA 92551


PPP LOAN
9300 Flair Drive, 6th FL
El Monte, CA 91731


SBA Loan
409 3rd Street, SW
Washington, DC 20416


Simple Staffing Inc.
11620 Sterling Ave., Suite B
Riverside, CA 92503


Verizon
PO BOX 408
Newark, NJ 07101


Waste Management
PO BOX 541065
Los Angeles, CA 90054


West Coast Property Management, Inc
c/o Casas Riley Simonian LLP
55 North 3rd Street
Campbell, CA 95008